**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ELISE G. K. MORRISON,**

    **Plaintiff,**

  v.                                          **Civil Action 2:25-cv-254
Judge Michael H. Watson
Magistrate Judge Kimberly A. Jolson**

**NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION, et al.,**

    **Defendants.**

## ORDER

Before the Court is the parties' Rule 26(f) Report. (Doc. 29). The parties disagree on what many of the deadlines should be in this case. Specific to discovery, Plaintiff proposes all discovery should be completed by December 19, 2025. (*Id.* at 3). But Defendants propose that th discovery deadline should be contingent on when the Court rules on the two pending motions for judgment on the pleadings and the pending motion to dismiss. (*Id.*; *see also* Docs. 24, 28, 30). In light of these representations, if Defendants plan to bring a motion to stay discovery pending a decision on the three dispositive motions, they are **ORDERED** to do so within the next fourteen (14) days.

    IT IS SO ORDERED.


Date:   July 10, 2025                                     /s/ Kimberly A. Jolson            
                                                                KIMBERLY A. JOLSON
                                                                 UNITED STATES MAGISTRATE JUDGE